UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| T.C.,<br><br>            Plaintiff,<br><br>      v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | Case No.  25-cv-10415-SVK<br><br>**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION TO REDACT HIS NAME**<br><br>Re: Dkt. No. 16 |

Before the Court is Plaintiff's Administrative Motion to Redact his Name to Protect his Privacy Interests.  Dkt. 15 (the "Motion").  Defendant has not opposed the Motion, and the deadline for an opposition has passed.  The Court determines that the matter is suitable for resolution without oral argument.  Civil L.R. 7-1(b).  Having considered the relevant law and the record in this action, the Court **GRANTS IN PART** and **DENIES IN PART** Plaintiff's Motion.

As the Court has noted in similar circumstances, motions such as those brought by the Plaintiff are only partially appropriate.  Specifically, in light of Federal Rule of Civil Procedure 5.2(c) and the May 1, 2018 memorandum from the Committee on Court Administration and Case Management of the Judicial Conference of the United States, "the undersigned has already adopted the practice of using the first and last initial of plaintiffs in Social Security Act cases.  Such a practice permits the Court to make available, in unredacted and unrestricted form, its 'opinion, order, judgment, or other disposition' in Social Security Act cases pursuant to FRCP 5.2(c)(2)(b)."  *C.R. v. Comm'r of Soc. Sec.*, No. 25-CV-09275-SVK, 2026 WL 311503, at *1 (N.D. Cal. Feb. 5, 2026).  Thus, prior filings in this case need not be sealed or redacted where they "are already restricted to 'case participants' for remote access."  *Id.*  However, it is appropriate for the Court to order redaction of Plaintiff's name "in any future filings in this case."  *Id.*

Accordingly, the **Parties shall** substitute Plaintiff's first and last initial for his name in any future filings in this case, **including in the case caption.** The Court will do the same. Moreover, the Clerk of Court shall restrict remote access to Dkts. 5 and 10, which were inadvertently issued with Plaintiff's full name, to case participants only.

**SO ORDERED.**

Dated: May 22, 2026

_____
SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California

2