United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

T.C.,

               Plaintiff,

       v.

COMMISSIONER OF SOCIAL
SECURITY,

               Defendant.

Case No.25-cv-10415-SVK

**JUDGMENT**

On July 14, 2026, the Court affirmed-in-part and reversed-in-part the decision of the Commissioner and remanded the matter for further proceedings.  Pursuant to Fed. R. Civ. P. 58, the Court hereby enters judgment in favor of Plaintiff and against the Commissioner accordingly. The Clerk shall close the file in this matter.

     **SO ORDERED.**

Dated: July 14, 2026

SUSAN VAN KEULEN
United States Magistrate Judge