KYLE KITSON, 276173
HOMELESS ACTION CENTER
2150 Dwight Way
Berkeley, CA 94704
Phone: (510) 540-0878 x 308
Fax: (510) 540-0403
kkitson@homelessactioncenter.org

Attorney for Plaintiff

LINDSAY PAYNE
SOCIAL SECURITY ADMINISTRATION
Baltimore, MD 21235
Phone: (312) 596-1872
lindsay.payne@ssa.gov

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY CHARLES., Plaintiff, v. COMMISSIONER OF SOCIAL SECURITY, Defendant. | CIVIL NO. 5:25-cv-10415-SVK<br><br>STIPULATION TO PLAINTIFF'S AWARD OF ATTORNEY'S FEES UNDER EAJA AND ~~PROPOSED~~ ORDER |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of FIVE THOUSAND SEVEN HUNDRED FIFTY DOLLARS ($5750.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920, 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of five thousand seven hundred fifty dollars ($5750.00) in EAJA attorney fees shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees, expenses, and/or costs in connection with this action.

After this Court issues an order for EAJA fees to Plaintiff, the Commissioner will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney. The ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program and the Commissioner will determine whether the fees are subject to an offset. *See Astrue v. Ratliff*, 560 U.S. 586, 598 (2010). Any payment shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a Federal debt, then the Commissioner shall cause the payment of fees to be made directly to Plaintiff's counsel pursuant to the assignment executed by Ms. Charles (attached).

This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

Dated: September 15, 2026

/s/ *Kyle Kitson*
KYLE KITSON
Attorney for Plaintiff

Dated: September 15, 2026

PAMELA T. JOHANN
United States Attorney

By: /s/ **Lindsay Payne*
LINDSAY PAYNE
Social Security Administration
* by email authorization September 15, 2026

Attorneys for Defendant

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff shall be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND SEVEN HUNDRED FIFTY DOLLARS ($5750.00), as authorized by 28 U.S.C. §§ 1920, 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: September 16, 2026

THE HONORABLE SUSAN VAN KEULEN
United States Magistrate Judge